Frederick W. SMITH, Jr, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 325, 2017

Supreme Court of Delaware.

Submitted: August 21, 2017

Decided: September 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 93007368DI (N)

GRANTED. AFFIRMED. DENIED.

▪

John R. PIERRE–LOUIS, Defendant Below–Appellant,

v.

M & T BANK, Plaintiff Below–Appellee.

No. 326, 2017

Supreme Court of Delaware.

Submitted: September 19, 2017
Decided: September 26, 2017
Reargument Denied October 17, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N13L–07–031

DISMISSED.

▪

John KMETZ, Plaintiff– Below, Appellant,

v.

AMERICAN ASSOCIATION OF UNI-VERSITY PROFESSORS, and A.A.U.P.–CBC–Delaware Chapter, De-fendants–Below, Appellees.

No. 11, 2017

Supreme Court of Delaware.

Submitted: September 13, 2017

Decided: September 27, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N16C–04–249 DCS

AFFIRMED.